179 So. 926

### Jim S. GIBSON v. STATE.
### 8 Div. 649.

Court of Appeals of Alabama.
Feb. 8, 1938.

SAMFORD, Judge.
Affirmed.

178 So. 924

### J. L. GILCHRIST v. STATE.
### 7 Div. 340.

Court of Appeals of Alabama.
Jan. 18, 1938.

Chas. F. Douglass, of Anniston, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

177 So. 920

### Lee GIST v. STATE.
### 8 Div. 449.

Court of Appeals of Alabama.
Nov. 23, 1937.

Henry D. Jones, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

176 So. 921

### Lovell GIVHAN, alias Givan, v. STATE.
### 2 Div. 614.

Court of Appeals of Alabama.
Nov. 2, 1937.

RICE, Judge.
Appeal dismissed on motion of appellant.

186 So. 918

### Ned GLOVER v. STATE.
### 2 Div. 660.

Court of Appeals of Alabama.
Feb. 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

184 So. 914

### Claud GOLDEN v. STATE.
### 4 Div. 444.

Court of Appeals of Alabama.
Nov. 15, 1938.

A. L. Patterson, of Phenix City, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.